No. 97–641. PREMO, DIRECTOR, CALIFORNIA DEPARTMENT OF REHABILITATION v. MARTIN ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–837. STIGILE ET AL. v. CLINTON, PRESIDENT OF THE UNITED STATES, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 97–870. L. B. FOSTER CO. v. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION. C. A. 3d Cir. Certiorari denied.

No. 97–877. COCKRELL v. COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied.

No. 97–883. GRADY v. SOVEREIGN ORDER OF SAINT JOHN OF JERUSALEM, INC., ET AL. C. A. 6th Cir. Certiorari denied.

No. 97–885. ENGELHART ET AL. v. CONSOLIDATED RAIL CORPORATION ET AL. C. A. 3d Cir. Certiorari denied.

No. 97–888. MISSOURI ET AL. v. LIDDELL ET AL. C. A. 8th Cir. Certiorari denied.

No. 97–892. IN RE LONARDO ET AL. C. A. Fed. Cir. Certiorari denied.

No. 97–902. STRAWBERRY v. ALBRIGHT, SECRETARY OF STATE. C. A. D. C. Cir. Certiorari denied.

No. 97–908. LEATH v. AMERICAN MEDICAL INTERNATIONAL INC. C. A. 5th Cir. Certiorari denied.

No. 97–914. JEFFERSON v. BERTSCH, AKA BERTSCH & CO., ET AL. C. A. 7th Cir. Certiorari denied.

No. 97–920. CALIFORNIA v. SMITH. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 97–921. THOMPSON v. LONG. Ct. App. Ga. Certiorari denied.